UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

CASE No. 3:26-cr-170-MMH-LLL

v.

BRIAN GREGORY BRIGHTMAN, et al.

---

UNITED STATES OF AMERICA

v. CASE NO. 3:25-cr-198-MMH-LLL

RODERICK LEON

---

UNITED STATES OF AMERICA

v. CASE NO. 3:25-cr-2-MMH-LLL

ANDRE DRINKS

---

UNITED STATES OF AMERICA

v. CASE NO. 3:24-cr-194-MMH-SJH

BRIAN GREGORY BRIGHTMAN, et al.

---

**NOTICE OF RELATED ACTIONS**

The United States of America notifies this Honorable Court, pursuant to Local Rule 1.07(c), of the existence of the above-referenced cases, which are related, as explained below.

In the latest filed case, Brian Gregory Brightman, Andre Drinks, and Roderick Leon, are named defendants in an Indictment which alleges a racketeering

conspiracy, among other charges. Case no. 3:26-cr-170-MMH-LLL. Brightman, Drinks, and Leon are detained in cases 3:25-cr-194-MMH-LLL, 3:25-cr-2-MMH-LLL, and 3:25-cr-198-MMH-LLL, respectively, and said cases have some factual and temporal overlap with the charges returned in the racketeering Indictment. Accordingly, the matters are related.

Dated this 12th day of August, 2026.

Respectfully submitted,
GREGORY W. KEHOE
Acting United States Attorney

By: *<u>/s/ Rachel Lasry</u>*
RACHEL LASRY
Assistant United States Attorney
Florida Bar No. 1051371

By: *<u>/s/ Kelli A. Swaney</u>*
KELLI SWANEY
Assistant United States Attorney
Florida Bar No. 91759

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: rachel.lasry@usdoj.gov